Peter Bobrik, as Administrator, etc., of Helen Bobrik, Deceased, Appellant, v. John Benyo, Respondent.— Same decision and like cause of action as in companion case (Bobrik v. Benyo, ante, p. 803). Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Delia A. Sutton amd Lillian Van Epps Deuty, Appellants, v. Clifford Doty and Harry M. Lewis, Respondents.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. (Order entered June 25, 1935.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Acquisition of Lands for the Purpose of a Municipal Garage in and for the City of Utica.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. (Order entered June 25, 1935.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Austin L. Smith, Respondent, v. Abe Cohen and Another, Defendants, and Rochester Railways Co-Ordinated Bus Lines, Incorporated, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. (Order entered June 25, 1935.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

Valera Smith, an Infant, by Austin L. Smith, Her Guardian ad Litem, Respondent, v. Abe Cohen and Another, Defendants, and Rochester Railways Co-Ordinated Bus Lines, Incorporated, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. (Order entered June 25, 1935.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

In the Matter of the Application of William Scahill, Respondent, against Valentine F. Drzewucki and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ. [See 244 App. Div., 530.]

In the Matter of the Application of Peter McGovern, Respondent, against Valentine F. Drzewucki and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ. [See 244 App. Div. 876.]

Peter L. Kramer, Respondent, v. Lester F. Reynolds and Another, Defendants, and Richard Morgan and Another, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.